IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| KENNETH E. ISAAC, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | CIVIL ACTION 16-0179-WS-C |
| WAL-MART STORES EAST, LP, | ) ) ) |  |
| Defendant. | ) |  |

**JUDGMENT**

In accordance with the Order entered on this date, granting defendant's Motion for Summary Judgment (doc. 39), it is **ordered, adjudged and decreed** that plaintiff shall have and take nothing, and that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 7th day of December, 2017.

              s/ WILLIAM H. STEELE
              UNITED STATES DISTRICT JUDGE